# EXHIBIT A

Filing # 250147073 E-Filed 06/11/2026 12:47:41 PM

# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT

## IN AND FOR PALM BEACH COUNTY, FLORIDA

### CIVIL DIVISION

| | |
|---|---|
| **SEAN TERRELL,** | **Case No.: 50-2026-CC-002509-XXXA-MB** |
| Plaintiff, | |
| v. | **Judge: Hon. M. Katherine Mullinax** |
| **LVNV FUNDING, LLC,** | |
| Defendant. | |

---

## PLAINTIFF'S VERIFIED AMENDED COMPLAINT

---

**COMES NOW** Plaintiff Sean Terrell, pro se, and files this Verified Amended Complaint against Defendant LVNV Funding, LLC, and in support states:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to Florida Statute § 26.012. The amount in controversy exceeds $30,000, exclusive of interest, costs, and attorney's fees.

2. Venue is proper in Palm Beach County, Florida, as Plaintiff resides in Palm Beach County and the violations alleged herein occurred within this county.

## PARTIES

3. Plaintiff Sean Terrell is a natural person residing at 4682 Belvedere Road, Haverhill, Florida 33415, and is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(c).

4. Defendant LVNV Funding, LLC is a limited liability company engaged in debt purchasing and collection, and is a "furnisher of information" as that term is used under 15 U.S.C. § 1681s-2. Defendant regularly furnishes consumer credit information to consumer reporting agencies including Equifax Information Services, LLC and Trans Union, LLC. Resurgent Capital Services L.P. manages the account at issue on behalf of LVNV Funding, LLC.

## FACTUAL ALLEGATIONS

**The Underlying Account**

5.   The account at issue originated with Credit One Bank, N.A., account number ending in 1992 (full account number 379364026681992), opened May 19, 2022. The account's first delinquency date was September 3, 2022. The account was charged off on March 5, 2023, with a correct charge-off balance of $956.24.

6.  LVNV Funding, LLC acquired the account on approximately April 14, 2023. Resurgent Capital Services L.P. manages the account on LVNV's behalf. In its own written correspondence to Plaintiff dated December 8, 2025, Resurgent confirmed: the original creditor is Credit One Bank, N.A.; the current owner is LVNV Funding LLC; and the balance is $956.24. These facts are confirmed by Resurgent's own letterhead and are not in dispute.

**The Inaccuracies**

7.  Despite the correct charge-off balance of $956.24 being confirmed by Resurgent's own records, LVNV furnished a balance of $956.00 to the credit bureaus — an inaccuracy on its face compared to the servicer's own documented balance.

8.   Equifax's consumer credit file for Plaintiff reflects the original creditor as "Credit One American Express" — factually incorrect. The correct original creditor, confirmed by Resurgent's own letter, is Credit One Bank, N.A.

9. Trans Union's consumer credit file for Plaintiff reflects the original creditor as "12 Credit One American E" — also factually incorrect.

10. Both Equifax and Trans Union reflected the account as "Open" throughout the dispute period, when the account was in fact charged off on March 5, 2023.

11. The account open date reported by both bureaus — April 14, 2023 — is LVNV's own acquisition date, not the actual origination date of May 19, 2022, misrepresenting the account's history.

12. Both bureaus reflect 22 consecutive months of CollectionOrChargeOff reporting from May 2024 through at least March 2026 — a sustained pattern of inaccurate furnishing.

**Six Rounds of Dispute Submissions**

13. On or about June 10, 2025, July 21, 2025, September 2, 2025, October 12, 2025, November 22, 2025, and January 3, 2026, Plaintiff submitted written disputes to Equifax Information Services, LLC and Trans Union, LLC regarding the inaccurate information LVNV Funding, LLC was furnishing. Each submission triggered LVNV's reinvestigation obligations under 15 U.S.C. § 1681s-2(b). True and correct copies are identified in Composite Exhibit B.

14. Upon receipt of each consumer dispute from a consumer reporting agency, LVNV was required under 15 U.S.C. § 1681s-2(b)(1) to conduct a reasonable investigation; review all relevant information; report results to the consumer reporting agency; and if the information was inaccurate, promptly provide corrected information.

15. Despite six separate dispute cycles spanning over seven months, LVNV failed to correct any material inaccuracy. Equifax's records reflect it verified the account on June 3, 2025, August 5, 2025, October 7, 2025, and November 7, 2025 — yet left all inaccuracies in place each time. LVNV's reinvestigations, if conducted at all, were neither reasonable nor meaningful.

16. As of Plaintiff's most recent dispute on January 3, 2026, the account remained reported with an incorrect original creditor, incorrect open date, and Open status — identical in all material respects to how it appeared before Plaintiff's first dispute seven months earlier.

**LVNV's Own Admissions**

17. Defendant's own Answer, at Paragraph 9, acknowledges that disputes were submitted and processed — a party admission that LVNV's § 1681s-2(b) reinvestigation obligations were triggered.

**Resurgent's December 8, 2025 Acknowledgment**

18.   On December 8, 2025, Resurgent Capital Services L.P. sent Plaintiff a written letter acknowledging receipt of a dispute inquiry and stating it had "initiated a review" of the account. A true and correct copy is attached as Exhibit C. Despite this acknowledged review, the inaccuracies remained uncorrected through at least January 2026.

## Damages

19.   As a direct and proximate result of LVNV's violations, Plaintiff has suffered actual damages including: denial of credit and financing to TB Group LLC, a Florida limited liability company managed and operated by Plaintiff, since approximately 2022; damage to credit reputation and score; lost business opportunities; and emotional distress, including exacerbation of Plaintiff's clinically diagnosed Post-Traumatic Stress Disorder and Generalized Anxiety Disorder, confirmed by West Palm Beach Behavioral Health — FoundCare, clinical evaluation April 22, 2026, and letter dated April 30, 2026.

20.   LVNV's violations were willful within the meaning of 15 U.S.C. § 1681n, in that LVNV knowingly or recklessly disregarded its obligations despite six rounds of dispute notifications and its servicer's own acknowledgment — yet corrected nothing. *See Safeco Ins. Co. v. Burr,* 551 U.S. 47 (2007); *Sloane v. Equifax Info. Servs.,* 510 F.3d 495 (4th Cir. 2007).

## COUNT I — VIOLATION OF 15 U.S.C. § 1681s-2(b)

### (Failure to Conduct Reasonable Investigation — Equifax)

21.  Plaintiff realleges and incorporates Paragraphs 1 through 20 as if fully set forth herein.

22.  LVNV is a furnisher of information within the meaning of 15 U.S.C. § 1681s-2.

23.  On six separate occasions between June 10, 2025 and January 3, 2026, Plaintiff submitted disputes to Equifax regarding the inaccurate information LVNV was furnishing.

24.  Equifax forwarded notice of each dispute to LVNV pursuant to 15 U.S.C. § 1681i(a)(2).

25.  LVNV failed to conduct a reasonable investigation and failed to correct the material inaccuracies. The inaccurate information remained in Plaintiff's Equifax credit file through at least January 2026.

26.  As a direct result, Plaintiff suffered actual damages. LVNV's conduct was willful under § 1681n, entitling Plaintiff to statutory damages of $1,000 per violation, punitive damages, and costs. In the alternative, LVNV's conduct was negligent under § 1681o.

## COUNT II — VIOLATION OF 15 U.S.C. § 1681s-2(b)

### (Failure to Conduct Reasonable Investigation — Trans Union)

27. Plaintiff realleges and incorporates Paragraphs 1 through 20 as if fully set forth herein.

28. On six separate occasions between June 10, 2025 and January 3, 2026, Plaintiff submitted disputes to Trans Union regarding the inaccurate information LVNV was furnishing.

29. Trans Union forwarded notice of each dispute to LVNV pursuant to 15 U.S.C. § 1681i(a)(2).

30. LVNV failed to conduct a reasonable investigation and failed to correct the material inaccuracies. The inaccurate information remained in Plaintiff's Trans Union credit file through at least January 2026.

31. As a direct result, Plaintiff suffered actual damages. LVNV's conduct was willful under § 1681n, entitling Plaintiff to statutory damages of $1,000 per violation, punitive damages, and costs. In the alternative, LVNV's conduct was negligent under § 1681o.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Sean Terrell respectfully requests judgment against Defendant LVNV Funding, LLC as follows:

a.  Actual damages in an amount to be proven at trial, including damages for denial of credit, lost business opportunities, and emotional distress;

b.  Statutory damages of $1,000 per willful violation pursuant to 15 U.S.C. § 1681n(a)(1)(A);

c.  Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

d.  Costs of suit; and

e.  Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable as a matter of right.

## LIST OF EXHIBITS

**Exhibit A:** Fourth District Court of Appeal Order of Dismissal for Lack of Jurisdiction, dated June 11, 2026 (Case No. 4D2026-1378).

**Composite Exhibit B:** Plaintiff's written dispute letters to Equifax Information Services, LLC and Trans Union, LLC, submitted on the following dates: June 10, 2025; July 21, 2025; September 2, 2025;

October 12, 2025; November 22, 2025; and January 3, 2026 (twelve letters total). True and correct copies are maintained in Plaintiff's records and will be produced at hearing or upon request.

**Exhibit C:** Resurgent Capital Services L.P. letter to Plaintiff dated December 8, 2025, confirming Original Creditor as Credit One Bank, N.A., Current Owner as LVNV Funding LLC, and Balance as $956.24.

## VERIFICATION

I, Sean Terrell, declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 11, 2026.

_____

Sean Terrell, Plaintiff Pro Se

**AI DISCLOSURE:** Plaintiff utilized artificial intelligence tools to assist in the preparation of this filing. Plaintiff reviewed all content, confirms accuracy, and takes full responsibility for the representations herein.

Plaintiff appears pro se and certifies that this filing is submitted in good faith, is well-grounded in fact and existing law, and is not interposed for any improper purpose, in compliance with Florida Rule of Civil Procedure 1.030 and Florida Rule of Judicial Administration 2.515.

Respectfully submitted,

/s/ Sean Terrell

Sean Terrell, Plaintiff Pro Se

4682 Belvedere Road

Haverhill, Florida 33415

(734) 686-1801

sean.a.terrell@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2026, a true and correct copy of the foregoing was served via Florida e-Filing Portal and/or electronic mail upon:

**John M. Marees II, Esq.**        jmarees@messerstrickler.com
Lauren M. Burnette, Esq.        lburnette@messerstrickler.com
Kylie M. Prieto, Esq.        kprieto@messerstrickler.com

Rosajunely Cartagena Ruiz, Esq.rruiz@messerstrickler.com

Messer Strickler Burnette, Ltd.

1400 Marsh Landing Pkwy., Ste. 109

Jacksonville, Florida 32250

/s/ Sean Terrell

Sean Terrell, Plaintiff Pro Se

## **COMPOSITE EXHIBIT B**

## **Plaintiff's Bureau Dispute Letters — LVNV Funding Account**

## **Account No. 379364026681992**

Case No.: 50-2026-CC-002509-XXXA-MB

Sean Terrell v. LVNV Funding, LLC

This Composite Exhibit consists of twelve (12) written dispute letters submitted by Plaintiff Sean Terrell to Equifax Information Services, LLC and Trans Union, LLC between June 2025 and January 2026, regarding inaccurate information furnished by Defendant LVNV Funding, LLC. The documents are identified as follows:

| No. | Bureau | Date | File Name |
|-----|--------|------|-----------|
| 1. | Equifax | June 10, 2025 | Sean Terrell - Equifax LVNV - 06-10-2025 |
| 2. | Trans Union | June 10, 2025 | Sean Terrell - TransUnion LVNV - 06-10-2025 |

3. Equifax         July 21, 2025         Sean Terrell - Equifax LVNV - 07-21-2025

4. Trans Union     July 21, 2025         Sean Terrell - TransUnion LVNV - 07-21-2025

5. Equifax         September 2, 2025     Sean Terrell - Equifax LVNV - 09-02-2025

6. Trans Union     September 2, 2025     Sean Terrell - TransUnion LVNV - 09-02-2025

7. Equifax         October 12, 2025      Sean Terrell - Equifax LVNV - 10-12-2025

8. Trans Union     October 12, 2025      Sean Terrell - TransUnion LVNV - 10-12-2025

9. Equifax         November 22, 2025     Sean Terrell - Equifax LVNV - 11-22-2025

10. Trans Union    November 22, 2025     Sean Terrell - TransUnion LVNV - 11-22-2025

11. Equifax        January 3, 2026       Sean Terrell - Equifax LVNV - 01-03-2026

12. Trans Union    January 3, 2026       Sean Terrell - TransUnion LVNV - 01-03-2026

_____

_____

True and correct copies of all documents identified above are maintained in Plaintiff's records and stored under the file path: Desktop > SEAN LAWSUIT FOLDER > LVNV FUNDING LLC. All twelve (12) documents are Adobe Acrobat PDF files and will be produced at hearing or upon request by any party or the Court.

I, Sean Terrell, declare under penalty of perjury under the laws of the State of Florida that the foregoing identification of documents is true and correct to the best of my knowledge and belief.

Executed on June 11, 2026.

_____

Sean Terrell, Plaintiff Pro Se

4682 Belvedere Road

Haverhill, Florida 33415

(734) 686-1801

sean.a.terrell@gmail.com

Case 9:26-cv-80918-WPD   Document 1-1   Entered on FLSD Docket 07/31/2026   Page 17 of 18

FUNDING LLC

| Share | View | | | Date Sort | Folder |

This PC > Desktop > SEAN LAWSUIT FOLDER > LVNV FUNDING LLC

| Name | Date modified | Type | Size |
|---|---|---|---|
| Sean Terrell – Equifax LVNV – 01-03-2026 | 6/11/2026 10:08 AM | Adobe Acrobat D... | 207 KB |
| Sean Terrell – Equifax LVNV – 07-21-2025 | 6/11/2026 10:08 AM | Adobe Acrobat D... | 238 KB |
| Sean Terrell – Equifax LVNV – 09-02-2025 | 6/11/2026 10:08 AM | Adobe Acrobat D... | 274 KB |
| Sean Terrell – Equifax LVNV – 11-22-2025 | 6/11/2026 10:07 AM | Adobe Acrobat D... | 237 KB |
| Sean Terrell – Equifax LVNV- 06-10-2025 | 6/11/2026 10:08 AM | Adobe Acrobat D... | 238 KB |
| Sean Terrell – Equifax LVNV- 10-12-2025 | 6/11/2026 10:08 AM | Adobe Acrobat D... | 235 KB |
| Sean Terrell – TransUnion  LVNV – 01-03-2... | 6/11/2026 10:07 AM | Adobe Acrobat D... | 202 KB |
| Sean Terrell – TransUnion  LVNV – 06-10-2... | 6/11/2026 10:07 AM | Adobe Acrobat D... | 225 KB |
| Sean Terrell – TransUnion  LVNV – 07-21-2... | 6/11/2026 10:07 AM | Adobe Acrobat D... | 234 KB |
| Sean Terrell – TransUnion  LVNV – 09-02-2... | 6/11/2026 10:07 AM | Adobe Acrobat D... | 259 KB |
| Sean Terrell – TransUnion LVNV – 10-12-20... | 6/11/2026 10:07 AM | Adobe Acrobat D... | 251 KB |
| Sean Terrell – TransUnion LVNV – 11-22-20... | 6/11/2026 10:07 AM | Adobe Acrobat Document | 244 KB |

55 Beattie Place
Suite 110 MS 576
Greenville SC 29602


resurgent
capital services



MDG2025 00005471 01

Sean Terrell
4682 Belvedere Rd
Haverhill, FL 33415-1326

Account Number: XXXXXXXXXXX1992
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 758654345
Balance: $956.24
Account Holder Name: Sean Terrell

December 8, 2025

Dear Sean Terrell,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector.









| *Hours of Operation* | *General Disputes/Correspondence* | *Contact Number* | *Customer Portal* |
|---|---|---|---|
| 8:00AM-9:00PM EST Monday - Thursday 8:00AM-7:00PM EST Friday 9:00AM-5:00PM EST Saturday-Sunday | PO Box 10497 Greenville, SC 29603-0497 *Credit Bureau Disputes* PO Box 1269 Greenville, SC 29602 | Toll Free Phone 1-866-464-1187 | Resurgent.com |



73692412 - INITIAL-CS